272 So.2d 278

**In re Elva Lee MASSEY**

**v.**

**STATE of Alabama.**

**Ex parte Elva Lee Massey.**

**SC 174.**

Supreme Court of Alabama.

Dec. 21, 1972.

Charles Tarter, Tarter & Wininger, Birmingham, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Elva Lee Massey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Massey v. State, 49 Ala.App. ——, 272 So.2d 271.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

272 So.2d 270

**In re Elva Lee MASSEY**

**v.**

**STATE of Alabama.**

**Ex parte Elva Lee Massey.**

**SC 192.**

Supreme Court of Alabama.

Jan. 18, 1973.

Charles Tarter, Birmingham, for petitioner.

JONES, Justice.

Petition of Elva Lee Massey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Massey v. State, 49 Ala.App. ——, 272 So.2d 267.

Writ denied.

COLEMAN, BLOODWORTH, McCALL and FAULKNER, JJ., concur.